IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALIEU NJIE,<br><br>　　　　Petitioner,<br><br>v.<br><br>FATOU NDONG-NJIE,<br><br>　　　　Respondent. | CIVIL ACTION NO.<br>1:23-cv-04957-SDG |

**RESPONDENT'S NOTICE OF VOLUNTARY DISMISSAL**

Petitioner Alieu Njie provides notice of dismissal of his claims without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Respondent Fatou Ndong-Njie has not filed an answer or motion for summary judgment. Respondent has represented to the Court and Petitioner that she has returned to Scotland with the Child. As requested by the Court, Respondent agreed to surrender the Child's passport to Petitioner's counsel in Scotland. As of December 7, 2023, Petitioner's Scottish counsel is in possession of the Child's passport and will retain possession until the conclusion of custody proceedings in Scotland.

Respectfully submitted this 7th day of December, 2023.

[Signature block appears on the following page.]

**ALSTON & BIRD LLP**

<u>/s/ Danielle N. Hoyer</u>
Matthew L.J.D. Dowell
Georgia Bar No. 236685
Jared Allen
Georgia Bar No. 900500
Danielle N. Hoyer
Georgia Bar No. 145381
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777
matt.dowell@alston.com
jared.allen@alston.com
danielle.hoyer@alston.com

*Attorneys for Petitioner Alieu Njie*

## **CERTIFICATE OF SERVICE**

I certify that on December 7, 2023, I electronically filed Petitioner's NOTICE OF VOLUNTARY DISMISSAL with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

*/s/ Danielle N. Hoyer*
Danielle N. Hoyer
Georgia Bar No. 145381
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777
danielle.hoyer@alston.com

*Attorney for Petitioner Alieu Njie*